## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KATHERINE MATSCHINER, and** ) <br> **KRISTINA MATSCHINER,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> **ALAN L. LEWIS, HARTFORD LIFE, INC.,** ) <br> a Delaware corporation, **HARTFORD LIFE** ) <br> **AND ACCIDENT INSURANCE COMPANY,** ) <br> a Connecticut corporation, ) <br> ) <br> **Defendants.** ) | **8:07CV435** <br><br> **ORDER** |

This matter is before the court following a planning conference with the parties in Courtroom No.7, Roman L. Hruska U.S. Courthouse on August 8, 2008. Clifford T. Lee appeared for the plaintiffs, Catherine A. Damico appeared for the Hartford defendants, and Alan Lewis appeared pro se.

Pending before the court are motions for summary judgment by the plaintiffs (Filing No. 20) and by the Hartford defendants (Filing No. 23). Mr. Lewis requested time to file his motion for summary judgment. The court granted Mr. Lewis's request and Mr. Lewis shall file any motion for summary judgment **on or before August 22, 2008**.

No further progression order will be issued pending the ruling on the motions for summary judgment. **Ten (10) working days** following the court's rulings on the motions for summary judgment, the plaintiffs' counsel shall schedule and initiate a telephone conference with the court and the parties for the purpose of scheduling this matter to trial if necessary.

**IT IS SO ORDERED.**

DATED this 8th day of August, 2008.

                                                                              BY THE COURT:

                                                                               s/Thomas D. Thalken
                                                                              United States Magistrate Judge