IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE MATSCHINER and KRISTINA MATSCHINER,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN L. LEWIS, HARTFORD LIFE, INC., a Delaware corporation, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | File No. 8:07-cv-0435<br><br>**ORDER** |

This matter came before the Court on the parties' Stipulated Motion to Extend Deadline for Defendants' Response to Plaintiffs' Fee Application [Filing No. 64]. NOW, THEREFORE, based upon all the files, records and proceedings herein, IT IS HEREBY ORDERED that the parties' stipulated motion is **GRANTED**. Hartford shall file a response to Plaintiffs' application for attorneys' fees no later than March 9, 2009.

Dated: February 18, 2009

s/ Joseph F. Bataillon
Chief United States District Court Judge

397773.1

1