IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHERINE MATSCHINER and KRISTINA MATSCHINER, | ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV435 |
| vs. | ) ) | ORDER |
| ALAN L. LEWIS, HARTFORD LIFE, INC., and HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on Alan L. Lewis's motion to move the trial date (Filing No. 88). Mr. Lewis seeks to extend the trial date until after resolution of issues related to the claims against the other defendants. Additionally, on June 16, 2009, the plaintiffs filed a motion for summary judgment (Filing No. 90) against Mr. Lewis. The court finds good cause exists to stay the deadlines and trial in this case until resolution of the plaintiffs' motion for summary judgment. Accordingly, Mr. Lewis's motion is granted. Upon consideration,

**IT IS ORDERED:**

1. Alan L. Lewis's motion to move the trial date (Filing No. 88) is granted as set forth herein.

2. The remaining deadlines contained in the Order Setting Final Schedule for Progression of Case (Filing No. 79) are stayed. The pretrial conference and trial are cancelled.

3. The parties shall have **ten (10) working days** from the date the court rules on the pending motion for summary judgment (Filing No. 90), in which to schedule a telephone planning conference with the court, if necessary. Counsel for the plaintiffs shall contact the chambers of the undersigned magistrate judge within such time period to schedule the telephone planning conference.

DATED this 17th day of June, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge