# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHERINE MATSCHINER and KRISTINA MATSCHINER, | ) ) ) | CASE NO. 8:07 cv 0435 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| ALAN L. LEWIS, HARTFORD LIFE, INC., a Delaware corporation, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiffs' Motion to Dismiss Defendant, Hartford Life, Inc. Filing No. <u>104</u> is granted.

Defendant, Hartford Life, Inc., is hereby dismissed without prejudice.

DATED this 18th day of September, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
CHIEF UNITED STATES DISTRICT JUDGE

PREPARED AND SUBMITTED BY:

Wayne S. Rasmussen, #15309
Clifford T. Lee, #21968
RASMUSSEN & MITCHELL
1005 South 107th Avenue, Suite 101
Omaha, NE 68114
Telephone:    (402) 493-3300
Facsimile      (402) 496-0766
ATTORNEY FOR PLAINTIFFS

1